# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 14-22178-CV-MORENO/O'SULLIVAN

**The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE**

(1" from top of page, and centered, begin title of Court)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

FILED by /A D.C.
JUN 12 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Case No. _____14-22178_____ -CV- MORENO/O'SULLIVAN
(Judge's Last Name/Magistrate's Last Name)

Alexandra Kelly

(Full Name of Plaintiff/s),

Plaintiff (s)

vs. Jackson Memorial Hospital (Jackson Health System
CHI inc.
13 CV - 23492

(Full Name of Defendant/s),

Defendant(s).
_____/

## TITLE OF DOCUMENT

I, Alexandra Kelly [plaintiff or defendant], in the above styled cause, load sue to the hospital, Jackson Memorial Hospital, for the consept of defamation of character against me to favor the doctor of bad practice. I want to sue for $1,000,000 (one million) for lying about my health & mental condition. Although they have no proof and have performed

no tests, the hospital claimed I was bipolar, and addicted to drugs and alcohol. This is not true and these claims are unfounded.

They have defamed me in order to favor the company CHI Inc. in my suit against them; case # 13-CN-23492, myself versus Dr. Eric Champion.

I plead the court to please take into consideration that I have 3 children who are petitioning the Immigration Department to emmigrate to the U.S. Therefore, if this case goes on my record, it will cause me to lose my jobs (cleaning houses, CNN, child care, and caring for the elderly) and my licenses to perform these jobs. It will also prevent my children from being approved to emmigrate.

Blexondra Kelly
6/12/2014

6/12/2014
Dated: Month, day, year

Respectfully submitted,

Alexandro Kelly
Name of Filer

_____
Attorney Bar Number *(if applicable)*

_____
Attorney E-mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

1936 NE 14th Ct
Street Address

Homestead FL. 33033
City, State, Zip Code

Telephone: (305) 7999822

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by

_____ [specify method of service] on _____ [date]

on all counsel or parties of record on the Service List below.

Alexandro Kelly
Signature of Filer

## SERVICE LIST

_____  _____
Party or Attorney Name       Party or Attorney Name

_____  _____
Attorney E-mail Address *(if applicable)*   Attorney E-mail Address *(if applicable)*

_____  _____
Firm Name *(if applicable)*   Firm Name *(if applicable)*

_____  _____
Street Address               Street Address

_____  _____
City, State, Zip Code        City, State, Zip Code

Telephone: _____   Telephone: _____

Facsimile: _____   Facsimile: _____

_____  _____
Attorneys for Plaintiff/Defendant   Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*   *[Party's Name(s)] (if applicable)*



**Jackson Health System**
Miami, FL 33136

## Admission/Discharge/Transfer Notes

Psychiatry (ED Crisis) Evaluation
JACK_FL

Patient: **KELLY, ALEXANDRA**   MRN: **4536067**   FIN: **40009535831**
Age: **55 years**   Sex: **Female**   DOB: ../1958
Associated Diagnoses: **None**
Author: **Chasco-Papale, Barbara J.**

**Basic Information**
   Time seen: Date & time 05/13/2014 14:26:00.
   History source: Patient, hospital records.
   Arrival mode: Self.
   Legal Status on Admission: Voluntary.
   Vital signs: Vital Signs
          05/13/2014 11:40 EDT

|  |  |
|---|---|
| Temperature Oral | 36.2 DegC  LOW |
| Peripheral Pulse Rate | 59 bpm  LOW |
| Respiratory Rate | 18 br/min |
| Systolic Blood Pressure | 124 mmHg |
| Diastolic Blood Pressure | 76 mmHg |
| Mean Arterial Pressure | 92 mmHg |
| Blood Pressure Position | Sitting |

, Measurements
          05/13/2014 11:40 EDT

|  |  |
|---|---|
| Height | 170 cm |
| BSA | 0 m2 |
| Weight Description | Actual |
| Height Description | Actual |

, Oxygen saturation: Basic Oxygen Information
          05/13/2014 11:40 EDT    Oxygen Therapy    Room air .
   Medications: None, Pt is taking vitamins only.
   Allergies:
       Allergic Reactions (All)
          *Severity Not Documented*
             Penicillin- No reactions were documented.
             Tetracycline- No reactions were documented..
   History limitation: None.
   Menstrual-pregnancy history: Last menstrual period: menopausal.

**History of Present Illness**
   The patient is a 55 years old Female who presents with a complaint of psychiatric problem and Pt. presesnting voluntarily to BHES today requesting evaluation and to state that the previous diagnoses she was given by Dr. Gonzalez are in error. Pt. has a history of heavy alcohol use but states that she has not had any alcohol for 5 years and was going to AA regularly and still goes to meetings. Pt. also doubting diagnosis of Bipolar disorder as well. Unfortunately pt came from a family that had multiple problems there being alcoholism in the father and an uncle who sexually abused pt during childhood-which could point to affective disorder in a parent and cluster B traits in the patient due to the abusive environment.. Hallucinations: negative. substance(s) ingested: negative. Suicidal ideation-risk: negative. Homicidal ideation-risk: negative. Other psychiatric symptoms: anxiety. There are exacerbating factors including financial problems, housing problems, stress and

| Facility: | Jackson Mental Health Facility | Patient: | KELLY, ALEXANDRA |
|---|---|---|---|
| Location: | Crisis Triage | MRN: | 4536067 |
| Encounter Type: | Emergency | Attending: | Windham, Charles P |
| Admit Date: | 05/13/2014 | Medical Service: | Emergency |
| Discharge Date: | 05/13/2014 | FIN: | 40009535831 |
| Chart Request ID: | 26403009 | Financial Class: | Managed Care - HMO |
|  |  | DOB: | /1958  Age: 55 years  Sex: Female |

# Jackson Health System
Miami, FL 33136

## Progress Notes

**Result Status**
**Auth (Verified)**

**Signed By:**
Gonzalez, Mercy Mary

BH initial eval. Psychiatric Amb Svc Pt Contact Record
JACK_FL

Patient: **KELLY, ALEXANDRA**     MRN: **4536067**     FIN: **40008441708**
Age: **54 years**   Sex: **Female**   DOB:   **/1958**
Associated Diagnoses: **None**
Author: **Gonzalez, Mercy Mary**

### Health Status
**Allergies**
  Allergic Reactions (Selected)
    *Severity Not Documented*
      Penicillin- No reactions were documented.
      Tetracycline- No reactions were documented.
**Current medications**
  Current medications reviewed.

### Results Review
cc: " I need help , my husband took everything thankfully he gave me $1000 to pay rent because I would have lost my house"

HPI: patient present to AOPC requesting assistance with Section 8, Disability income. PAtient is dressed casually, carrying a backpack and cooperative. Patient is a limited historian as she is circumstantial, loose thoughts and requires frequent redirection. She reports she is involved in two lawsuits suing a dentist from CHI for "destroying her mouth" and other unnamed lawsuit. She states she moved to Miami "for a new life" after separating form her husband who remained in Delaware. She is alone in Miami, she has one daughter 36 living in costa Rica with her 2 grandchildren. Patient with quite an extensive history of tumultuous life ie she reports her father killed her mother, she was victim of sexual abuse from 3 y/o to 10 y/o by paternal uncle. She was arrested in Del;aware for reported charge of "they said I tried to kill an officer" , she states it was all cleared. Estrangement form husband who is an engineer with current separation, she states he makes $250 k a year but she worked in Delaware cleaning houses. She states her husbands family are racist and they would have her eat in paper plates "I groused the out". Treatment in Delaware with Psychologist Dr Gloria Crespo for anxiety and depression. Patient repeatedly brings out paper documents labs, medical chart, court papers, dental records, old legal files, housing papers etc...Police were called at CHI when she was receiving treatment for dental work due to her complaints and agitation due to her perceived improper treatment . She also has police case on her person and proceeded to show me more paper work.  No suicidal thoughts/plans or intent, expansive, no insight.

: once suicide thought with plan to crash car "years ago" no injury "car just stopped". She was hospitalized in Delaware for depression .PAst treatment with psychotropics "all are bad for me I blow up" . past tx Valium, Seroquel and others she cannot recall. ( hand me a pile of papers for to check if names of medications are on there) NO JMH inpt/ED visits.
PMH: denied CT brain in he  paper work - negativeDr Mayda Melendez 02/09/2010. Recent dental work at CHI and JMH ED
PSH: denied
Social hx: see HPI, Separated form spouse, past work house cleaning, not disabled. No drugs. past EtOH " a lot I was a drunk". She states she was a Lie tenant in Costa Rica police force. Daughter in Costa Rica. Married 12 years-separarted. Occasional work at Granada Estates cleaning homes.

### Assessment
**Mental Status Examination**
  Orientation: person, place, time.
  Activity: normal.
  Eye Contact: normal.
  Affect: labile.
  Mood: dysphonic, expansive.
  Thought Process: circumstantial.

| | | | |
|---|---|---|---|
| **Facility:** | Jackson Mental Health Facility | **Patient:** | **KELLY, ALEXANDRA** |
| **Location:** | MH1 1527 | **MRN:** | 4536067 |
| **Encounter Type:** | Outpatient | **Attending:** | Gonzalez-Blanco, Mercedes |
| **Admit Date:** | 07/30/2013 | **Medical Service:** | Psychology |
| **Discharge Date:** | 07/30/2013 | **FIN:** | 40008441708 |
| **Chart Request ID:** | 25907383 | **Financial Class:** | Managed Care - HMO |
| | | **DOB:** | /1958  **Age:** 55 years  **Sex:** Female |

# Jackson Health System
Miami, FL 33136

## Admission/Discharge/Transfer Notes

Pt's husband refusing to repair the relationship and take pt back and by the same token he is not forthcoming with financial support on a regular basis.. There are mitigating factors including rest and pt has been working on getting regular employment and a stable place to live. Pt did take english classes and speaks english more fluently.. Prior psychiatric symptoms: anxiety and hypomania. Prior psychiatric treatment: pt was last seen in AOPC in August 2013. Eligibility for legal hold: negative.

**Past Medical/ Family/ Social History**
  **Psychiatric history:** Anxiety, depression, suicide attempts (in the context of alcohol), alcohol abuse in the past.
  **Substance Use History:** Alcohol: History of alcohol abuse, Tobacco: Denies tobacco use, Drugs: Denies drug use.
  **Medical history:** Cardiac: Hyperlipidema, Additional significant medical history: Sinusitis.
  **Surgical history:** Negative.
  **Family Medical history:** Additional significant medical history: Alcoholism, States the father killed her mother.
  **Family Psychiatric history:** Mental illness (suspected).
  **Social history:** Occupation: Unemployed, Pt attempting to find stable employment, Family/social situation: Married (separated from husband in Delaware), lives alone, Notes: Pt has a 36 y/o daughter living in Costa Rica and two grandchildren ages 18 and 19. Pt. states she would go back to Costa Rica but there is no employment for her there and she would have to deal with her father who is also very controlling..
  **Notes::** Pt states her husband is coming down to visit her here in Miami but does not want to take her back to Delaware and work on their marriage. Pt. also admits to being dependent, states that she is feeling free because her husband was very controlling but she is also distressed over her current living situation..

**Review of Systems**
  Other significant review of systems  All other systems reviewed and otherwise negative

**Physical Examination**
  **General appearance:** No acute distress.
  **Neurological:** Alert and oriented times 3

**Medical Decision Making**
  **Differential diagnosis**
    Depression
  **Documentation reviewed:**
    Emergency department nurses' notes
  Prior records

**Mental Status Examination**
  **Mental Status Examination** Orientation Intact sensorium, Appearance Casual, disheveled (slightly), , attire appropriate, Behavior Calm, cooperative, , good eye contact, Speech Comprehensible, good spontaneity, , normal latency, rate, rhythm, Concentration/Memory Unremarkable, Mood Anxious, Affect Content congruent (tearful when speaking of missing her children and speaking about not being able to get back with her husband.), Thought Process Unremarkable, Thought Content Helplessness, heightened guilt, Insight intact
  , Judgement intact
  .

**Impression and Plan**
  **Primary Diagnosis Axis I**
    Axis I diagnosis Depressive Disorder NOS 311.00 (ICD9 311, Discharge, Emergency medicine, Medical)

| | | | |
|---|---|---|---|
| **Facility:** | Jackson Mental Health Facility | **Patient:** | KELLY, ALEXANDRA |
| **Location:** | Crisis Triage | **MRN:** | 4536067 |
| **Encounter Type:** | Emergency | **Attending:** | Windham, Charles P |
| **Admit Date:** | 05/13/2014 | **Medical Service:** | Emergency |
| **Discharge Date:** | 05/13/2014 | **FIN:** | 40009535831 |
| **Chart Request ID:** | 26403009 | **Financial Class:** | Managed Care - HMO |
| | | **DOB:** | /1958  **Age:** 55 years  **Sex:** Female |

# Jackson Health System
Miami, FL 33136

## Admission/Discharge/Transfer Notes

**Primary Diagnosis Axis II**
  Cluster B traits
**Diagnosis Axis III**
  Hyperlipidemia
**Diagnosis Axis IV**
  Financial Problems
Housing problems
**Discharge plan**
**Condition:** Stable.
  **Dispositioned:** Time  05/13/2014 14:50:00, To home.
  **Orders - Prescriptions:** Include prescription
  Pharmacy:
    Vitamin B-12 1000 mcg/mL injectable solution (Prescribe): 1,000 mcg, 1 mL, IM, QMONTH, 1 amp

  **Follow up with:** Pt. referred to Lotus House as she primarily needs housing and social services. Pt is not amenable to taking psychiatric medications.  May return to BHES if symptoms should worsen..
  **Counseled:** Patient, Regarding diagnosis, Regarding treatment plan.
  **Suicide ideation:** No.
  **Homicide ideation:** No.
  **Psychiatrically stable:** Yes.
  **Notes:** Information for Lotus House provided to pt..

Electronically Signed by:    Chasco-Papale, Barbara J.
Electronically Signed on:    05/13/14 14:55 EDT

Date & Time Dictated/Typed:   05/13/14 14:36 EDT
Transcribe Date & Time:

| | | | |
|---|---|---|---|
| **Facility:** | Jackson Mental Health Facility | **Patient:** | KELLY, ALEXANDRA |
| **Location:** | Crisis Triage | **MRN:** | 4536067 |
| **Encounter Type:** | Emergency | **Attending:** | Windham, Charles P |
| **Admit Date:** | 05/13/2014 | **Medical Service:** | Emergency |
| **Discharge Date:** | 05/13/2014 | **FIN:** | 40009535831 |
| **Chart Request ID:** | 26403009 | **Financial Class:** | Managed Care - HMO |
| | | **DOB:** | /1958  **Age:** 55 years  **Sex:** Female |

# Jackson Health System
Miami, FL 33136

## Progress Notes

Result Status  
Auth (Verified)

Signed By:  
Gonzalez, Mercy Mary

    Delusions: absent.  
    Judgment: poor.  
    Insight: poor.  
    Suicidal Ideas: absent.  
    Homicidal Ideas: absent.  
    Alcohol/Drug Hx: alcohol abuse.  
    Comments.  
    remission

**Treatment / Management**  
    Treatment Issues  
    affective instabiltiy  
    Responsibility for medical compliance  
        poor  
    Diagnostic Impressions  
        Axis I:  
            Axis I diagnosis Alcohol Dependence 303.91 (ICD9 303.91, Working, Psychiatry, Medical) (FULL SUSTAINED REMISSION)  
            Axis I diagnosis Bipolar I, MRE Hypomanic 296.40 (ICD9 296.40, Working, Psychiatry, Medical)  
        Axis II:  
            No Diagnosis Axis II  
        Axis III:  
            No Diagnosis Axis III  
        Axis IV:  
            Family Conflict  
            Financial Conflict  
            Interpersonal Problem  
            Legal Issues  
            Marital Conflict  
            Poor coping skills  
        Axis V:  
            GAF  
                Score 38  
    Orders  
        PATIENT DECLINED PSYCHOTROPIC MEDICATIONS, REQUIRES SOCAIL SERVICES/SUPPORT. WILL REFER TO SOCAIL WORK FOR ASSISTANCE WITH HOUSING ETC... WILL SCHEDULE IN THREE WEEKS TO ATTEMPT TO ESTABLISG RAPPORT AND TREATMENT. NOT DANGEROUS TO SELF/OTHERS.

Electronically Signed by:    Gonzalez, Mercy Mary  
Electronically Signed on:    07/30/13 15:26 EDT

Date & Time Dictated/Typed:    07/30/13 15:26 EDT  
Transcribe Date & Time:

*** This print request includes documents that are images not included in this print out. ***

| | | | |
|---|---|---|---|
| **Facility:** | Jackson Mental Health Facility | **Patient:** | KELLY, ALEXANDRA |
| **Location:** | MH1 1527 | **MRN:** | 4536067 |
| **Encounter Type:** | Outpatient | **Attending:** | Gonzalez-Blanco, Mercedes |
| **Admit Date:** | 07/30/2013 | **Medical Service:** | Psychology |
| **Discharge Date:** | 07/30/2013 | **FIN:** | 40008441708 |
| **Chart Request ID:** | 25907383 | **Financial Class:** | Managed Care - HMO |
| | | **DOB:** | /1958  **Age:** 55 years  **Sex:** Female |

# JACKSON HEALTH SYSTEM
## REQUEST FOR AMENDMENT/CORRECTION OF PROTECTED HEALTH INFORMATION

PATIENT NAME: Alexandra Kelly    JHS Medical Record # 4536067

Patient DOB: 58   Social Security #: _____ (optional)   Telephone: (305) 799-9822

Patient Address: 1936 NE 4th Ct   City: Homestead   State: FL   Zip Code: 33033

Treatment Date(s): 7/30/2013 + 5/13/2014

Type of Entry to be Amended: Diagnosis of Alcoholism, Drug Addict + Bipolar Disord.

Date of Entry to be Amended: 7/30/2013

Please explain how the information is incomplete or incorrect.
When were there tests taken that implied that the patient was an alcoholic or drug addict as well as the diagnosis of Bipolar disorder.

Please provide the information that you feel should be included in order to make the record more accurate or complete.
The patient wishes to know why there were no tests for drugs + alcohol after six visits to the hospital. There were no records or tests taken and the patient wants to know how these diagnoses were made.

Do you know of anyone who may have received or relied upon the information in question (such as your doctor, pharmacist, health plan or other health care provider)?

X YES ____ NO

If yes, please specify the name(s) and address(es) of the organization(s) or individual(s):
Miami Supreme Federal Court

I understand that Jackson Health System, under certain circumstances, may deny my request for amendment/correction. Further, I understand that if Jackson Health System denies my request for amendment/correction, he/she will provide a written denial outlining the basis for the denial.

Signature of Patient ____ Legal Representative    Date: 6/12/2014

If Legal Representative, state relationship: _____

**Jackson HEALTH SYSTEM**   MIAMI, FLORIDA 33136-1096

REQUEST FOR AMENDMENT/CORRECTION OF PROTECTED HEALTH INFORMATION

C-689   Orig. 1/2009   Page 1 of 2

WHITE: MEDICAL RECORD    CANARY: PRIVACY OFFICER    AFFIX PATIENT LABEL HERE

## For Administrative Use Only

Date Request Received: _____

Amendment/Correction has been: _____ Accepted _____ Denied

_____ In response to your request, an amendment/correction will be made part of your permanent medical record.

_____ Your request has been denied for the following reason(s):

___ Information was not created by this organization.
___ Information is not part of the patient's health record.
___ Federal law or state law limits patient's right of access to inspect and receive a copy of protected health Information (e.g. psychotherapy notes that have been separated from the rest of the medical record or are under a physician order limiting patient access).
___ Information is accurate and complete.
___ Other: _____

Signature of Staff Person _____ Date_____

Print Name and Title _____

### Statement of Disagreement

If you do not agree with the above information, you may submit a Statement of Disagreement that will become part of your permanent record and included in any future disclosure of the subject medical information. Please outline the reason for your disagreement in the space provided below (may attach no more than 2 pages) and return to:

    Chief Privacy Officer
    Jackson Health System
    Jackson Medical Towers
    1500 N.W. 12th Avenue, Suite 102
    Miami, Florida 33136

_____
_____
_____
_____
_____
_____
_____

**Jackson** PUBLIC HEALTH TRUST
HEALTH SYSTEM    MIAMI, FLORIDA 33136-1096

REQUEST FOR AMENDMENT/CORRECTION OF
PROTECTED HEALTH INFORMATION

C-689    Orig.    1/2009    Page 2 of 2

WHITE: MEDICAL RECORD

AFFIX PATIENT LABEL HERE

CANARY: PRIVACY OFFICER



New Horizons 33142
305-635-0366.
786-433-8469

305-355-7147

305-259-4840.

10300 SW 216 ST.
Miami FL 33490

**Jackson** MEMORIAL HOSPITAL

**Lisa Perez**
Guest Services Coordinator
lisa.perez@jhsmiami.org

Ana Acosta
Supervisor to

Guest Services
Jackson Memorial Hospital
1611 N.W. 12th Avenue
WW 104
Miami, FL 33136

305-585-7341
Pager: 305-277-2877
Fax: 305-585-5562

Miracles made daily.